# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$178,200.00 IN U.S. CURRENCY, et al.,<br><br>　　　　Defendants.<br><br>CHEN LE, THUY TANG, HUONG THI THU BIEN, GADGETFIX CORPORATION, AND FIX2SAVE, INC.,<br><br>　　　　Claimants. | NO. 2:20-cv-04500 JLS (GJSx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

　　　Plaintiff and Claimants Chan Le, Thuy Tang, Huong Bien, Gadgetfix Corporation and Fix2Save, Inc. ("Claimants") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

　　　The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1

1.    This Court has jurisdiction over the parties and the subject matter of this action.

2.    The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  All potential claimants to the following Defendants (collectively, the "Defendants") other than Claimants are deemed to have admitted the allegations of the Complaint:

    a.    $178,200.00 in U.S. currency;
    b.    one box of cellphone parts;
    c.    two bags of cellphone parts;
    d.    approximately 600 flex cables;
    e.    approximately 11 screens;
    f.    approximately 2,040 screens;
    g.    approximately 17 screens;
    h.    approximately 31 demo units;
    i.    approximately 41,451 batteries;
    j.    approximately 2,431 OCTA screens;
    k.    12.28 Bitcoins;
    l.    $699,152.72 in Bank Funds from a Wells Fargo account number ending in 3585, and held in the name of Gadgetfix Corporation[1];
    m.    $201,282.25 in Bank Funds from a Wells Fargo account number ending in 6819, and held in the name of Chan Le and Thuy Tang;
    n.    $100,059.84 in Bank Funds from a Wells Fargo account number ending in 7800, and held in the name of Tang and Huong Thu Thi Bien;

---

[1] Pursuant to Local Rule 5.2-1, full account numbers have been omitted from this Stipulation.

   o. $81,068.07 in Bank Funds from a Wells Fargo account number ending in 1119, and held in the name of Fix2Save, Inc.;

   p. $70,386.75 in Bank Funds from a Wells Fargo account number ending in 4809, and held in the name of EZ Elektronix Corporation; and

   q. $33,811.02 in Bank Funds from a Wells Fargo account number ending in 6465, and held in the name of EZ Elektronix Corp.

The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

 3. The government shall have judgment to all the Defendants, together with all interest earned on the entirety of the defendant funds, and no other right, title or interest shall exist therein.  This judgment does not constitute a finding by this Court in this action that Claimants engaged in any unlawful activity, in connection with the Defendants or otherwise.

 4. The Court finds that there was reasonable cause for the seizure of the Defendants and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

 5. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the Defendants, and this action.

**Accordingly, all future hearings and deadlines are hereby vacated.**

DATED: October 28, 2020

_____
Hon. Josephine L. Staton
United States District Judge

3